IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| YANKEE ATOMIC ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-876C<br>(Senior Judge Merow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including March 13, 2008, within which to respond to plaintiff's complaint. Defendant's response was due on February 12, 2008, and, although we had intended to file this motion yesterday, it is being filed one day out of time as a result of an inadvertent error. Defendant has not previously sought an enlargement of time for this purpose. Counsel for plaintiff, William J. Kayatta, Jr., has represented that plaintiff does not oppose this motion.

This case and two others that were filed on the same day as this case relate to the same three contracts – the Standard Contract For Disposal Of Spent Nuclear Fuel And/Or High-Level Radioactive Waste – that were the subject of the Court's recent judgments in earlier cases filed by Yankee Atomic Electric Company (Docket No. 98-126C), Connecticut Yankee Atomic Power Company (Docket No. 98-154C), and Maine Yankee Atomic Power Company (Docket No. 98-474C). Appeals from those judgments are currently pending before the United States Court of Appeals for the Federal Circuit, and oral argument in those appeals was held on February 4, 2008.

We have discussed with counsel for plaintiff the possibility of requesting a stay of this case, at least pending the resolution of those appeals, to preclude the need to conduct discovery

into matters that, depending on the manner in which the appellate court resolves the pending appeals, may become unnecessary or no longer the subject of serious dispute. The parties have agreed to continue their discussions regarding this matter during the next few weeks, and we expect that, on or before March 13, 2008, we will be prepared to make a proposal to the Court regarding future proceedings here.

To provide the parties time to continue these discussions, we respectfully request that the Court grant this unopposed request for an enlargement of time.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0478
Fax: (202) 307-2503

OF COUNSEL:

JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

February 13, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that, on this 13th day of February 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Harold D. Lester, Jr.