# In the United States Court of Federal Claims

No. 07-876 C

(Filed March 17, 2008)

| | |
|---|---|
| YANKEE ATOMIC POWER | ) |
| COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |
| | ) |

**ORDER**

On March 13, 2008, Defendant's Unopposed Motion for an Enlargement of Time was filed. Defendant requests an enlargement of time to and including March 28, 2008, within which to respond to plaintiff's complaint.

Accordingly, it is **ORDERED** that defendant's unopposed motion, filed March 13, 2008, is **GRANTED**.

s/ James F. Merow

James F. Merow

Senior Judge